United States Bankruptcy Court
Eastern District of Michigan

IN RE:

    Marcus L. Montgomery                          CASE NO: 18-32627-dof
    Pamela L. Montgomery                           CHAPTER 13
               Debtor(s).                                       JUDGE: Daniel S. Opperman
_____/

<u>Debtor's Chapter 13 Confirmation Hearing Certificate</u>
[To be completed fully]

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]
1. __ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. ___ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

    Trustee Objections #1: Provide the following to the Trustee: titles to: modular home, 3 months pre-petition bank statements
    Issues: Debtor will provide these documents on or before the Confirmation Hearing.

    Creditor # 1:
    Objections:
    Issues:

3. _X_ Request an adjournment of the confirmation hearing to <u>February 19, 2019,</u> due to the following good cause:
    Debtor filed an amended Plan on January 9, 2019

4. ___ Dismiss the case. [The Court will enter an order of dismissal and the case will be removed from the docket.]

5. ___ Convert the case to chapter 7. [The Court will enter an order of conversion to chapter 7 and the case will be removed from the docket.]

6. ___ Re-convert the case to chapter 7. [The case will remain on the docket and parties will have an opportunity to be heard.]

Date: __01/09/2019____                               _/s/ Anthony Y Abueita_____
                                                                         Debtor's Attorney
                                                                         Anthony Y Abueita (P-70755)
                                                                         703 S Grand Traverse Ave
                                                                         Flint, MI 48502
                                                                         (810) 235-8669
                                                                         abueitalaw@gmail.com